UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MARSHALL WHITLEY**                                                          **CIVIL ACTION**

**VERSUS**

**JAMES LEBLANC, ET AL.**                              **NO.: 3:18-cv-00738-BAJ-SDJ**

## AMENDED RULING AND ORDER

Before the Court is Defendant James LeBlanc's **MOTION TO DISMISS (Doc. 18),** seeking dismissal of Plaintiff's Complaint (Doc. 1) for failure to state a claim under 42 U.S.C. § 1983. The Magistrate Judge has issued a **REPORT AND RECOMMENDATION (Doc. 21)** recommending that Defendant's Motion be granted and that Plaintiff's Complaint be dismissed with prejudice. Plaintiff filed a timely Objection to the Magistrate Judge's Report. (Doc. 23).[1]

Having independently considered Defendant's Motion (Doc. 18) and related filings—including Plaintiff's Objection (Doc. 23)—the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATION (Doc. 21),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

---

[1] On July 17, 2020, the Court issued its original Ruling and Order adopting the Magistrate Judge's Report and Recommendation. (Doc. 22). When this original Order was entered, however, the Court was unaware that on July 14, 2020 Plaintiff filed a timely Objection into the record. (Doc. 23). Upon learning of this oversight, the Court *sua sponte* vacated its original Ruling and Order to allow consideration of Plaintiff's Objection. (Doc. 24). Now, having considered Plaintiff's Objection—which essentially restates arguments advanced in Plaintiff's Complaint and considered by the Magistrate Judge in reaching his recommendation—the Court issues this Amended Ruling and Order.

**IT IS ORDERED** that Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE** for the reasons explained in the Magistrate Judge's Report and Recommendation (Doc. 21).

Baton Rouge, Louisiana, this 13th day of August, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**